Jeffrey J. Lowe (Admitted *pro hac vice*)
 jlowe@careydanis.com
Sarah Shoemake Doles (Admitted *pro hac vice*)
 sdoles@careydanis.com
**CAREY DANIS & LOWE**
8235 Forsyth Blvd, Suite 1100
St. Louis, MO 63105
Telephone: 314.725.7700
Facsimile: 314.721.0905

Francis "Casey" J. Flynn, Jr. (SBN 304712)
 francisflynn@gmail.com
**LAW OFFICE OF FRANCIS J. FLYNN, JR.**
6220 West Third Street, #115
Los Angeles, CA 90036
Telephone: 314.662.2836
Facsimile: 314.721.0905

Attorneys for Plaintiffs
ALYSSA GRAY and LAURA GRAY

Donald F. Zimmer, Jr. (SBN 112279)
 fzimmer@kslaw.com
Garner F. Kropp (SBN 312585)
 gkropp@kslaw.com
**KING & SPALDING LLP**
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone: 415.318.1200
Facsimile: 415.318.1300

Lauren R. McClurg (Admitted *pro hac vice*)
 lmcclurg@kslaw.com
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006-4704
Telephone: 202.661.7933
Facsimile: 202.626.3737

Attorneys for Defendant
GLAXOSMITHKLINE LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ALYSSA GRAY and LAURA GRAY, | Case No. 5:17-cv-03346 EJD |
| Plaintiffs, | Hon: Edward J. Davila |
| v. | **STIPULATION EXTENDING TIME FOR PARTIES TO PRIVATELY MEDIATE** |
| GLAXOSMITHKLINE LLC, | |
| Defendant. | |

GRANTED
Judge Edward J. Davila
11/30/2017

1

STIPULATION REGARDING MEDIATION                                    CASE NO. 5:17-CV-03346 EJD

# STIPULATION EXTENDING TIME FOR
# PARTIES TO PRIVATELY MEDIATE

On August 23, 2017, Defendant GlaxoSmithKline ("GSK") and Plaintiffs Laura Gray and Alyssa Gray selected private mediation before Ellen K. Reisman of Reisman Karron Greene, LLP as the parties' form of alternative dispute resolution ("ADR"). The parties agreed to hold the ADR session by December 8, 2017.

That selection and date were entered as an order by this Court on August 24, 2017.

The parties have met and conferred, and based on the current state of case development, including a request from Plaintiffs to extend the time to respond to GSK's Discovery requests, both parties believe that additional time to conduct discovery is necessary before holding a private mediation .

THEREFORE, the parties hereby stipulate to extend the date by which private mediation must be held from December 8, 2017 to February 28, 2018. This extension will not affect the other dates currently scheduled by the Court.

Dated: November 29, 2017  Respectfully submitted,

KING & SPALDING LLP

*/s/ Garner F. Kropp*
DONALD F. ZIMMER, JR.
LAUREN R. MCCLURG
GARNER F. KROPP
Attorneys for Defendant
GLAXOSMITHKLINE LLC


CAREY DANIS & LOWE
LAW OFFICE OF FRANCIS J. FLYNN, JR.


*/s/ Jeffrey J. Lowe*
 JEFFREY J. LOWE
SARAH SHOEMAKE DOLES
FRANCIS "CASEY" J. FLYNN, JR.
Counsel for Plaintiffs
ALYSSA GRAY and LAURA GRAY

2
STIPULATION REGARDING MEDIATION  CASE NO. 5:17-CV-03346 EJD

## Signature Attestation (N.D. Cal. L.R. 5-1(i)(3))

I, Garner F. Kropp, attest that concurrence in the filing of this document has been obtained from each signatory whose ECF user ID and password are not being used in the electronic filing of this document.

*/s/ Garner F. Kropp*
Counsel for Defendant
GLAXOSMITHKLINE, LLC

DATED: November 29, 2017