

Jeffrey J. Lowe (admitted *pro hac vice*)
Sarah Shoemake Doles (admitted *pro hac vice*)
8235 Forsyth Blvd, Suite 1100
St. Louis, MO 63105
Telephone: (314) 725-7700
Fax: (314) 721-0905
jlowe@careydanis.com
sdoles@careydanis.com

Francis "Casey" J. Flynn, Jr.
CA State Bar No. 304712
LAW OFFICE OF FRANCIS J. FLYNN, JR.
6220 West Third Street, #115
Los Angeles, CA 90036
P: (314) 662-2836
F: (314) 721-0905
francisflynn@gmail.com

Attorneys for Plaintiffs



IT IS SO ORDERED

Judge Edward J. Davila

5/4/2018

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **ALYSSA GRAY and LAURA GRAY,**<br><br>        **Plaintiffs,**<br><br>**v.**<br><br>**GLAXOSMITHKLINE, LLC,**<br><br>**DEFENDANT.** | **Case No: 5:17-cv-03346-EJD**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

## <u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Alyssa Gray and

Laura Gray and Defendant GlaxoSmithKline LLC, formerly SmithKline Beecham Corporation

d/b/a GlaxoSmithKline, by and through their counsel of record, hereby stipulate to dismissal with

prejudice of this action. The parties shall bear their own fees and costs.

Dated: May 4, 2018                    Respectfully Submitted By:

*/s/Sarah Shoemake Doles*                    */s/ Donald F. Zimmer, Jr. (with consent)*
Jeffrey J. Lowe (admitted *pro hac vice*)        Donald Frederick Zimmer, Jr.
Sarah Shoemake Doles (admitted *pro hac*         Garner F. Kropp
*vice*)                                          KING & SPALDING
CAREY DANIS & LOWE                               101 Second Street, Suite 2300
8235 Forsyth Blvd, Suite 1100                    San Francisco, CA 94105
St. Louis, MO 63105                              (415) 318-1300
Telephone: (314) 725-7700                        fzimmer@kslaw.com
Fax: (314) 721-0905                              gkropp@kslaw.com
jlowe@careydanis.com
sdoles@careydanis.com                            Lauren R. McClurg (admitted *pro hac vice*)
                                                 KING & SPALDING
Francis "Casey" J. Flynn, Jr.                    1700 Pennsylvania Avenue, NW
CA State Bar No. 304712                          Washington, D.C. 20006
LAW OFFICE OF FRANCIS J. FLYNN, JR.              (202) 661-7933
6220 West Third Street, #115                     lmcclurg@kslaw.com
Los Angeles, CA 90036
P. (314) 662-2836                                *Attorneys for Defendant*
francisflynn@gmail.com                           *GlaxoSmithKline LLC*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all registered counsel of record by electronic filing on the 4th day of May, 2018.

*/s/ Sarah Shoemake Doles*